UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-2686 (MJD/SRN)

WALTER SCHINZING,

Plaintiff,

v.

**TRIAL NOTICE**

MID-STATES STAINLESS,

Defendant.

---

The case listed is set for trial before Judge Michael J. Davis on **Monday, January 13, 2003 at 9:30 a.m.** with a pretrial conference set for 9:00 on January 13, 2003. The trial is scheduled through January 16, 2003. If any additional pretrial paperwork is filed, it is to be received by the Court two weeks prior to your date certain.

Dated: Oct. 4, 02

Debra CH Long
DEBRA CH LONG
Calendar Clerk to the
Honorable Judge Michael J. Davis

FILED OCT 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______