UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-2686 (MJD/SRN)

WALTER SCHINZING,

Plaintiff,

v.

**TRIAL NOTICE**

MID-STATES STAINLESS,

Defendant.

---

Because of the Court's calendar, the trial in the above captioned case will be continued. A new date certain order will be forthcoming.

Dated: 11/25/02

DebraCHLong
DEBRA CH LONG
Calendar Clerk to the
Honorable Judge Michael J. Davis

FILED 11-25-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______