UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# NOTICE OF ASSIGNMENT OF CASES FOR TRIAL AND FINAL PRETRIAL ORDER

The following civil cases are set for trial before Judge Michael J. Davis of the United States District Court for the period of Tuesday, April 1, 2003, through Monday, June 30, 2003.[1]

There is a possibility that trial may not commence on April 1, 2003, due to conflict with other trials. For this reason, you are **not** to report for trial until you are called.

Counsel should keep informed of the progress of cases listed prior to their own. For your convenience, the names and telephone numbers of counsel in all cases are listed. If your case is not reached for trial during the period indicated, it will be tried as soon as possible thereafter and should be kept on a "ready basis".

This assignment of cases to a trial period and any other scheduling order in a civil case may be modified only by formal motion and a showing of good cause.

Questions regarding the calendar may be directed to Debbie Long, Judge Davis' Calendar Clerk at (612) 664-5073.

1. Walter Schinzing v. Mid-States Stainless, 00-2686 (MJD/SRN)
   Type: Patent Infringement
   Estimated Length: 5 days
   Courthouse: Minneapolis
   Counsel: William Lucas (952) 944-8267 | Edwin Voigt (952) 563-3000

[1] The courthouse in which your trial will be held is indicated within your case information. The Minneapolis Courthouse is located at 300 South 4th Street, Courtroom 14E, Minneapolis, Minnesota 55415.

A final order with a date certain will be issued in the month of March 31, 2003.

FILED 2-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Transclean Corp., et al v. Wynn Oil Co., et al, 00-2135 (MJD/SRN)
Type: Patent Infringement
Estimated Length: 7 days
Courthouse: Minneapolis
Counsel: Alan Anderson (612) 321-2800 — Jeffrey Bouslog (612) 607-7000

3. Sandberg v. Potter, et al., 00-2398 (MJD/JGL)
Type: American with Disabilities Act
Estimated Length: days
Courthouse: Minneapolis
Counsel: Reino Paaso (651) 646-3050 — Mary Jo Madigan (612) 664-5600

4. Duane Knopik v. Amoco Corp., et al., 97-1134 (MJD/JGL)
Type: Patent Infringement
Estimated Length: days
Courthouse: Minneapolis
Counsel: David Forsberg (612) 334-8400 — Michael Ryan (651) 227-9411

5. William Walsh v. Charles Thompson, et al., 01-1201 (MJD/RLE)
Type: Diversity - Breach of Contract
Estimated Length: days
Courthouse: Minneapolis
Counsel: Jerome Feriancek (218) 722-0073 — Gordon Hansmeier (320) 251-1055

Unless otherwise ordered, counsel for each of the above-listed cases shall deliver one copy of the following documents to opposing counsel and the original and two copies[2] to the office of the Clerk of Court as indicated below:

1. Documents Required for all Trials

a. A statement of the case indicating the facts which the party intends to prove and indicating any unresolved substantive, evidentiary and procedural issues. The statement shall

---

[2] **Copies** of the required documents are to be on 3-hole punched paper.

include the citation and discussion of authority upon which the party relies for its positions on the unresolved issues. A statement of the case is due no later than March 17, 2003.

b. Exhibit List. The exhibit list should be submitted on the Federal Exhibit/Witness list form. A copy of the form can be picked up at the St. Paul, Minneapolis or Duluth Clerk's Office as well as downloading from the District website, www.mnd.uscourts.gov, under the subdirectory "FORMS" and then under Miscellaneous, form number "[AO187] Exhibit List". If exhibits are to be offered at trial, the following procedure must be followed:

(i) Counsel shall, no later than March 17, 2003, mark all exhibits for identification. All exhibits shall be marked, as much as possible, in the sequence they will be offered, with Arabic numbers. Do not use sub-identifiers for any exhibit number (i.e. 1A, 1B, etc.). Each exhibit should also be marked with the case number.

Example: Pltf. or Deft. #1

Civ. 00-123

(Multiple parties list name, e.g.

Pltf. Smith #1)

(ii) Counsel shall, no later than March 17, 2003, make available for examination and, if requested, copying by all counsel, all exhibits which will be offered into evidence at trial. Only exhibits so made available shall be offered into evidence at trial, except for good cause show.

(iii) Counsel shall, no later than March 17, 2003, submit a list of the exhibits that will be presented at trial on behalf of their client(s). The list shall indicate the exhibits the parties agree are admissible. For the exhibits not so agreed upon, the list shall include the grounds for objection. Only exhibits so listed shall be offered into evidence at trial, except for good cause shown.

C. Witness List. The witness list should be submitted on the Federal Exhibit/Witness list form. A copy of the form can be picked up at the St. Paul, Minneapolis or Duluth Clerk's Office as well as downloading from the District website, www.mnd.uscourts.gov, under the subdirectory "FORMS" and then under Miscellaneous, form number "[AO187] Exhibit List". The list shall include the names and addresses of the witnesses, along with a short statement of the substance of the expected testimony of each witness. Only witnesses so

listed shall be permitted to testify except for good cause shown. Witness list's shall be submitted no later than March 17, 2003.

D. List of Deposition Testimony to be offered into evidence in lieu of live testimony. The list shall designate those specific parts of deposition to be offered at trial and shall be submitted no later than March 17, 2003. Only depositions so listed shall be offered into evidence at trial except for good cause shown. Any party who wishes to object to listed deposition testimony shall submit objections by March 17, 2003.

E. Motions In Limine must be received no later than March 17, 2003. Responses to Motion In Limine must be received no later than March 19, 2003.

2. Additional Documents for Jury Trials. In all jury trials, counsel shall submit the following documents in addition to those listed above:

A. Proposed Voir Dire Questions shall be submitted no later than March 17, 2003.

B. Proposed Jury Instructions. All proposed jury instructions are required to be **JOINTLY** filed no later than March 17, 2003, except for those whose need could not be foreseen. Each proposed instruction shall be numbered and on a separate page and shall contain citation to legal authority. Jury instructions are to be submitted in the following format:

(i) The parties are required to jointly submit one set of agreed upon instructions. To this end, the parties are required to serve their proposed instructions upon each other at least one week prior to the filing deadline. The parties should then meet, confer, and submit one complete set of agreed upon instructions. Any jury instruction that is not agreed upon, must be submitted separately by the party wanting to use the instruction.

(ii) The original and two copies of the instructions shall be submitted to the Court in hard copy. In addition, the instructions shall be submitted on a 3.5" diskette, clearly labeled with the case name and number, and the name of the word processing program in which the document was created.

C. Proposed Special Verdict Forms shall be submitted no later than March 17, 2003.

3. Additional Documents for Non-Jury Trials. In all non-jury trials, counsel shall submit proposed findings of fact and conclusions of law in addition to the documents listed in section 1, above. Parties proposed findings of fact and conclusions of law shall be submitted no later than March 17, 2003.

4. Counsel for all parties are strongly encouraged to meet prior to trial to:

A. Stipulate to all uncontested facts and matters not in controversy.

B. Stipulate to which exhibits may be received without objection prior to trial.

C. Discuss settlement.

The failure of any party to comply with the procedures outlined herein shall result in the imposition of an appropriate sanction.

Dated: 2-11-03

MICHAEL J. DAVIS
U.S. District Court Judge