UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-2686 (MJD/SRN)

WALTER SCHINZING,

Plaintiff,

v.

**ORDER OF REFERAL**

MID-STATES STAINLESS,

Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and trial.

Dated: March 20, 2003

Michael J. Davis, Judge
United States District Court

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______