UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Walter W. Schinzing,

Plaintiff,

v.

Mid-States Stainless, Inc.,

Defendant.

Civil No.00-2686 (MJD/SRN)

**ORDER**

---

William L. Lucas, Esq. on behalf of Plaintiff

Edwin E. Voigt, Esq. and Richard A. Arrett, Esq. on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

Oral argument on any motions in limine the parties wish to bring will be heard by the undersigned United States Magistrate Judge on Monday, May 12, 2003, at 9:30 a.m. in St. Paul, Minnesota. Trial will commence on Monday, May 19, 2003, at 9:00 a.m., and is scheduled to proceed for one week through May 23, 2003.

Dated: March 31, 2003

SUSAN RICHARD NELSON
United States Magistrate Judge

MAR 31 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK