UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-2686 (MJD/SRN)

WALTER SCHINZING,

Plaintiff,

v.

**TRIAL NOTICE**

MID-STATES STAINLESS,

Defendant.

---

The case listed is set for trial before Judge Michael J. Davis on **Monday, June 9, 2003 at 9:30 a.m.** with a pretrial conference set for 9:00 on June 9, 2003. The trial is scheduled through June 19, 2003. If any additional pretrial paperwork is filed, it is to be received by the Court two weeks prior to your date certain.

Dated: May 5, 03

Debra CH Long
DEBRA CH LONG
Calendar Clerk to the
Honorable Judge Michael J. Davis

FILED 5-6-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK