UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-2686 (MJD/SRN)

WALTER SCHINZING,

Plaintiff,

v.

**TRIAL NOTICE**

MID-STATES STAINLESS,

Defendant.

---

The case listed is set for trial before Magistrate Judge Susan R. Nelson.

The previous trial notice dated May 5, 2003, is null and void.

Dated: May 7, 03

Debra CH Long
DEBRA CH LONG
Calendar Clerk to the
Honorable Judge Michael J. Davis

FILED 5-7-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____