AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Walter Schinzing

V.

Mid State Stainless, Inc.,

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2686 SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff is entitled to judgment against defendant Mid-State Stainless, Inc., in the amount of $92,800.00 plus interest.

December 4, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Mary Kaye Conery, Deputy Clerk