AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Walter Schinzing

V.

Mid-State Stainless, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2686 SRN

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff Walter Schinzing is entitled to judgment against Defendant Mid-State Stainless, Inc. in the amount of $92,800, plus interest.

May 19, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Heather Labat
(By) Heather Labat, Deputy Clerk