**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on (June 15, 2004), I caused the following documents:

**Defendant Mid-States Letter Position Regarding Post Judgment Interest Rate**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Richard A Arrett rarrett@vaslaw.com,**

**William L Lucas wclucas@msn.com**

**Edwin Edgar Voigt evoigt@vaslaw.com**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

Dated June 15, 2004

**s/ Richard A. Arrett**
Richard A. Arrett