**STATE OF WISCONSIN** **CIRCUIT COURT** **BURNETT COUNTY**

*For Official Use Only*

Walter Schinzing vs. Mid-State Stainless Inc

# Notice of Entry of Judgment

Case No.: 2004FJ000004

WALTER SCHINZING
1384 IDAHO AVENUE EAST
ST PAUL MN 55106

AUTHENTICATED
MAY 10 2004
Burnett County Circuit Court

A **Foreign Judgment** was entered on 05-11-2004 as follows:

**In favor of (creditor):**

Walter Schinzing
1384 Idaho Avenue East
St Paul MN 55106

**Creditor's attorney:**

**Against (debtor):**

Mid-State Stainless Inc
330 West Benson Avenue
Grantsburg WI 54840

**Debtor's attorney:**

| | |
|---|---|
| Amount of Judgment | $ 92800.00 |
| Witness Fee | 0.00 |
| Attorney Fee | 0.00 |
| Service | 0.00 |
| Docketing Fee | 0.00 |
| Other | 15.00 |
| Filing Fee | 0.00 |
| Prejudgment Interest | 0.00 |
| **Total Judgment and Costs** | **$ 92815.00** |

Comments:

Docketing Date: 05-11-2004
Date notice mailed: 05-11-2004

Docketing Time: 01:19 pm

**BY THE COURT:**

[signature] Deputy
Circuit Court ~~Judge/Commissioner~~/Clerk

May 11, 2004
Date

Note to Creditor: If the docketing fee is not paid, the judgment will not be docketed.

Distribution:
Court Original
Mid-State Stainless Inc
Walter Schinzing

EXHIBIT