IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Richard A. Arrett, attorney for the defendant.

S/ William L. Lucas
Attorney Registration Number 64816
Attorney for the Plaintiff
William L. Lucas, P.A.
7456 Cahill Road
Edina, MN 55439-2728
Telephone: (952) 944-8267
Fax: (952) 946-1138
e-mail address: wclucas@msn.com