**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

**Civil Number 000-2686 MJD/SRN**

| | | |
|---|---|---|
| Walter Schinzing, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| Mid-State Stainless, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Mid-State Stainless, Inc., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the order dated May 18, 2004 and the judgment entered in this action on the 19th day of May, 2004.

Dated: June 17, 2004

**VIDAS, ARRETT & STEINKRAUS**

By: S/ Richard A. Arrett
Edwin E. Voigt II, Esq. (#162231)
Richard A. Arrett, Esq. (#186570)
6109 Blue Circle Drive
Suite 2000
Minnetonka, MN 55343
(952) 563-3000

**Attorneys for Defendant, Mid-State Stainless, Inc.**

F:\WPWORK\EEV\LITIGATION\8464-NOTICE OF APPEAL-06082004.DOC

# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## APPELLANT'S FORM A
### Appeal Information Form
### To be filed with the Notice of Appeal

Appeal Docket No. ______________

STYLE OF CASE:

Breach of Contract/Patent Invalidity

Walter Schinzing, Appellee

Appellant/Appellee,

vs.

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Mr. William Lucas, Counsel to Apellee
7456 Cahill Road
Edina, MN 55439-2728
(952) 944-8267

Mid-State Stainless, Appellant

Appellant/Appellee

COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER

Mr. Richard Arrett, Counsel for Appellant
6109 Blue Circle Drive, Suite 2000
Minnetonka, MN 55343
(952) 563-3000

LIST ISSUES ON APPEAL(For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). [ ] Yes. [✔] No.

Did the Magistrate Judge err in refusing to hold the '375 patent invalid?
Did the Magistrate Judge err in refusing to grant Defendant's DJ of Non-Infringement?
Did the Magistrate Judge err in finding that Defendant breached the terminated license agreement?

FOR LEAD COUNSEL ONLY
I [✔] have ([ ] have not) discussed settlement possibilities on appeal with my client.
This appeal [ ] is ([✔] is not ) amenable to settlement.

Submitted by: S/ Richard A. Arrett 6/17/2004
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at: www.ca8.uscourts.gov

Copy 1 - Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain

[✔] **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir.R. 25A(a).**