Thu Jun 17 15:08:34 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 431932
Cashier amber

C.C. Number: 5569398001252847 07/05

DO Code Div No
4641 4

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 4 | 105.00 |
| 2:510000 | N | 4 | 150.00 |

Total Amount $ 255.00

VIDAS ARRETT & STEINKRAUS 00-2686 MJD/SRN

APPEAL FEE

SCANNED
JUN 17 2004
U.S. DISTRICT COURT MPLS

#431932

# VIDAS, ARRETT & STEINKRAUS

WALTER J. STEINKRAUS
SCOTT Q. VIDAS
RICHARD A. ARRETT
EDWIN E. VOIGT II
JONATHAN GRAD
WILLIAM E. ANDERSON II
JAMES M. URZEDOWSKI
LISA L. RYAN-LINDQUIST
BRENDAN C. BABCOCK
JEREMY G. LAABS
ROBERT O. VIDAS, OF COUNSEL
OLIVER F. ARRETT, OF COUNSEL
JANE H. ARRETT, OF COUNSEL

A PROFESSIONAL ASSOCIATION
SUITE 2000
6109 BLUE CIRCLE DRIVE
MINNETONKA, MINNESOTA 55343-9185
(952) 563-3000

PATENTS, TRADEMARKS, COPYRIGHTS, TRADE SECRETS AND RELATED LITIGATION

FACSIMILE: (952) 563-3001
EMAIL: mail@vaslaw.com
WEBSITE: www.vaslaw.com

Writer's Direct:
Phone: (952) 563-3005
Email: rarrett@vaslaw.com

June 17, 2004

Clerk of Court
United States District Court
300 South 4th Street
Minneapolis, MN 55401

| RE: | File No: | **M104.8A-8464-US01** | | |
|---|---|---|---|---|
| | Title: | **Walter W. Schinzing vs. Mid-State Stainless-Aqua Phase (US Patent No. 5133375) Civil File No. 00-2686 MJD/SRN** | | |
| | Application No.: | **07/612757** | Filing Date: | **November 14, 1990** |
| | Issue No.: | **5133375** | Issue Date: | **July 28, 1992** |

Dear Sir or Madam:

Enclosed please find a request for credit card payment which we are faxing with this letter, which authorizes the fee for docketing and filing the notice of appeal which we are filing via ECF today.

Yours truly,

Richard A. Arrett

F:\wpwork\raa\08464US01_ltr_20040617.doc