IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

**Appeal No. 04-2535**

---

**WALTER SCHINZING,**

Plaintiff-Appellee,

vs.

**MID-STATES STAINLESS, INC.,**

Defendant-Appellant.

Case No. 00-2686

---

## FRAP 10(a) Designation Of Record

Pursuant to FRAP 10(a), Appellant hereby designates the record for appeal as:

1) the original papers, pleadings and exhibits filed in the district court;

2) the trial transcript, the original of which has been filed with the court; and

3) the transcript of the 01/20/04 hearing on the motion to amend or alter, the original of which has been filed with the court.

The clerk of court has already forwarded the certified copy of the docket entries.

The trial exhibits to forward to the 8th circuit include Defendant's Exhibits 1-62, with the exception of exhibits 32-34, which were not admitted into the record at trial.

The entire contents of the following depositions was stipulated as admitted into the record and should also be forwarded to the 8th circuit:

The deposition of Walter Schinzing;

The deposition of Casey Cooling;

The deposition of Professor Lou Honary;

The deposition of Michael Sewick;

The deposition of Todd Petry;

The deposition of Thomas Tate, and

The deposition of Marvin Jacobson.

Respectfully submitted,

**VIDAS, ARRETT & STEINKRAUS**

Dated: June 25, 2004

By: S/ Richard A. Arrett

Edwin E. Voigt II, Esq. (#162231)
Richard A. Arrett, Esq. (#186570)
6109 Blue Circle Drive
Suite 2000
Minnetonka, MN 55343
(952) 563-3000 Voice
(952) 563-3001 Facsimile
rarrett@vaslaw.com Email
evoigt@vaslaw.com Email

**Attorneys for Appellant-Defendant Mid-States Stainless, Inc.**