IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

**Appeal No. 04-2535**

---

**WALTER SCHINZING,**

Plaintiff-Appellee,

vs.

**MID-STATES STAINLESS, INC.,**

Defendant-Appellant.

Case No. 00-2686

---

**FRAP 10(b) Transcript of Proceedings**

Appellant hereby certifies that a transcript of the proceedings was previously ordered from the court reporter:

Lisa M. Thorsgaard
Neil Johnson & Associates
700 St. Paul Building,
6 West 5th Street
St. Paul, MN 55101
(651) 681-8550

and the original transcript was filed with the District Court by the Court Reporter. The transcript of the proceedings will therefore be forwarded with the rest of the FRAP 10(a) record pursuant to FRAP 11((b)(2).. A copy of this paper is being served on opposing counsel via ECF and via facsimile to the court reporter.

Respectfully submitted,

**VIDAS, ARRETT & STEINKRAUS**

Dated: June 25, 2004

By: S/ Richard A. Arrett

Edwin E. Voigt II, Esq. (#162231)
Richard A. Arrett, Esq. (#186570)
6109 Blue Circle Drive
Suite 2000
Minnetonka, MN 55343
(952) 563-3000 Voice
(952) 563-3001 Facsimile
rarrett@vaslaw.com Email
evoigt@vaslaw.com Email

**Attorneys for Appellant-Defendant**
**Mid-States Stainless, Inc.**