**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Walter Schinzing,** **Civil No. 00-2686 (SRN)**

**Plaintiff,**

**v.** **ORDER**

**Mid-State Stainless, Inc.,**

**Defendant.**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on Defendant's Motion for Acceptance of the Supersedeas Bond and for Stay of Judgment Pending Appeal (Doc. No. 97).

Based on the submissions and record, **IT IS HEREBY ORDERED that:**

**1.** The Supersedeas Bond as presented by Defendant pursuant to Federal Rule of Civil Procedure 62(d) in the amount of $94,687.65 to Plaintiff is APPROVED.

**2.** The Judgment of this action is hereby STAYED pending appeal of this matter pursuant to Federal Rule of Civil Procedure 62(d) or until further Order of this Court.

Dated: July 15, 2003.

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge