# UNITED STATES DISTRICT COURT

## District of Minnesota


Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500


## TRANSMITTAL INFORMATION SHEET

**Date:** August 2, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Jennifer McDonald, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 00cv2686 SRN
Eighth Circuit Case No.: 04-2535
Case Title: Schinzing v. Mid-States Stainless, Inc.

---

TRANSMITTED HEREWITH:

9 Original File(s), consisting of file(s).

9 Two certified copies, and one uncertified copy of updated docket sheet from

9 Designated Clerk's Record #

9 Other:

: Transcript(s): (Listed below or on attached list)

| Volume | Date | Proceeding |
|---|---|---|
| I | 5/19/03 | Court Trial |
| II | 5/20/04 | Court Trial |
| | 1/20/04 | Motion Hearing |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ________________

M:\x-utility\PHV\00-2686ltr0802.wpd

Modified 05/09/03