IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

**Appeal No. 04-2535**

---

**WALTER SCHINZING,**

Plaintiff-Appellee,

vs.

**MID-STATES STAINLESS, INC.,**

Defendant-Appellant.

Case No. 00-2686

---

## Eighth Circuit Local Rule 10A(a) - Exhibits

Pursuant to Eighth Circuit Rule 10A(a), Appellant hereby requests that the District Clerk of Court forward the trial exhibits from 00-2686 to the Eighth Circuit Clerk of Court in connection with Appeal No. 04-2535.

All of the trial exhibits (both plaintiffs exhibits 1-8 and defendants trial exhibits 1-31 and 35-62) were retained by the district court.

Respectfully submitted,

**VIDAS, ARRETT & STEINKRAUS**

Dated: August 3, 2004

By: S/ Richard A. Arrett

Edwin E. Voigt II, Esq. (#162231)
Richard A. Arrett, Esq. (#186570)
6109 Blue Circle Drive
Suite 2000
Minnetonka, MN 55343
(952) 563-3000 Voice
(952) 563-3001 Facsimile
rarrett@vaslaw.com Email
evoigt@vaslaw.com Email

**Attorneys for Appellant-Defendant**
**Mid-States Stainless, Inc.**

cc: 8th Circuit Clerk of Court