IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

**Appeal No. 04-2535**

---

**WALTER SCHINZING,**

Plaintiff-Appellee,

vs.

**MID-STATES STAINLESS, INC.,**

Defendant-Appellant.

Case No. 00-2686

---

## Request To Forward Depositions Admitted At Trial

Appellant hereby requests that the District Clerk of Court forward the depositions admitted at trial to the Eighth Circuit Clerk of Court in connection with Appeal No. 04-2535.

This would include the following depositions:

Walter Schinzing

Murray Ryan

Prof. Honary

Todd Petry

Michael Sewick

Casey Cooling

Marvin Jacobson

Tom Tate

All of the depositions were retained by the district court.

Respectfully submitted,

**VIDAS, ARRETT & STEINKRAUS**

Dated: August 10, 2004

By:___S/ Richard A. Arrett_______________
Edwin E. Voigt II, Esq. (#162231)
Richard A. Arrett, Esq. (#186570)
6109 Blue Circle Drive
Suite 2000
Minnetonka, MN 55343
(952) 563-3000 Voice
(952) 563-3001 Facsimile
rarrett@vaslaw.com Email
evoigt@vaslaw.com Email

**Attorneys for Appellant-Defendant**
**Mid-States Stainless, Inc.**

cc: 8th Circuit Clerk of Court