**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Walter W. Schinzing,** **Civil No. 00-2686 MJD/SRN**

**Plaintiff,**

**v.** **NOTICE OF**
**STATUS CONFERENCE**

**Mid-States Stainless, Inc.,**

**Defendant.**

---

A status conference will be held in the above-referenced matter on **October 31, 2005, at 11:30 a.m.,** in Chambers, Suite 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, before Magistrate Judge Susan Richard Nelson. On or before October 27, 2005, counsel shall submit letters to the Court setting forth issues to be discussed.

DATED: September 21, 2005

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge