# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2535

| | | |
|---|---|---|
| Walter W. Schinzing, | * | |
| Appellee, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| Mid-States Stainless, Inc., a Wisconsin Corporation, | * | |
| Appellant. | * | |

JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

July 15, 2005

Order Entered in Accordance with Opinion

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

U.S. COURT OF APPEALS

SCANNED
SEP 23 2005

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 21, 2005

RECEIVED BY MAIL
SEP 23 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-2535 Walter Schinzing vs. Mid-States Stainless

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Susan Richard Nelson
William L. Lucas
Edwin Edgar Voigt II
Richard Allen Arrett

District Court/Agency Case Number(s): CIV 00-2686 SRN