# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Walter W. Schinzing,

Plaintiff(s),

v.

Mid-States Stainless,

Defendant(s).

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

Case No: CV-00-2686 SRN
Date: October 31, 2005
Court Reporter:
Tape Number:
Time Commenced: 11:30 a.m.
Time Concluded: 12:00 p.m.
Time in Court: 30 Minutes

APPEARANCES:

For Plaintiff: William L. Lucas
For Defendant: Edwin A. Voigt, Richard A. Arrett

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

**Status Conference held. Parties to meet and confer and prepare submissions to the Court re: further discovery and evidentiary hearing.**

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Beverly Riches
Signature of Judicial Assistant