**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** October 26, 2005

RE: 04-2535 Walter Schinzing vs. Mid-States Stainless

RECEIVED
OCT 28 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file:
Deposition:
Exhibits: 1 box
Other:

Transcript: 11 vols.
Sealed:

[x] Case closed
[ ] Per your request
[ ] Counsel appointed
[ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 00-2686 SRN

jjf

SCANNED
OCT 2 8 2005
U.S. DISTRICT COURT MPLS