00 CV 2686 SRN/ 04-2535

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
DEC 1? 2005
MICHAEL GANS

December 8, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Walter Schinzing
v. Mid-State Stainless, Inc.
No. 05-734
(Your No. 04-2535)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 1, 2005 and placed on the docket December 8, 2005 as No. 05-734.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst

SCANNED
DEC 16 2005
U.S. DISTRICT COURT MPLS

RECEIVED
DEC 13 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 14, 2005

RECEIVED
BY MAIL
DEC 16 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 04-2535 Walter Schinzing vs. Mid-States Stainless

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans
Michael E. Gans
Clerk of Court

mer

Enclosure

District Court/Agency Case Number(s): CIV 00-2686 SRN