# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
FEB 28 2006
MICHAEL GANS
CLERK OF COURT

February 21, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Walter Schinzing
v. Mid-State Stainless, Inc.
No. 05-734
(Your No. 04-2535)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**William K. Suter**, Clerk

RECEIVED
FEB 28 2006
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

MEMORANDUM

RECEIVED
BY MAIL
MAR 15 2006
CLERK, U.S. DISTRICT COURT

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: March 10, 2006

RE: 04-2535 Walter Schinzing vs. Mid-States Stainless

Supreme Court No. 05-734
District Court/Agency Case Number(s): CIV 00-2686 SRN

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

(5403-010199)
mer