UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Number 00-2686 MJD/SRN

---

Walter Schinzing,

Plaintiff,

v.

Mid-State Stainless, Inc.,

Defendant.

STIPULATION TO AMENDMENT OF THE PRETRIAL SCHEDULING ORDER

---

Plaintiff Walter Schinzing and defendant Mid-State Stainless, Inc., by the undersigned, their respective counsel, hereby stipulate and agree that the scheduling order issued by the court may be amended so as to provide as follows:

Discovery Plan

1. Discovery shall be commenced in time to be completed by September 1, 2006. Discovery shall by limited to matters relevant to the subject matter of the issues remaining to be disposed of by trial or motion.

2. Disclosure of the identity of additional expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B) shall be made as follows:

   a. Plaintiff shall identify his expert by no later than June 1, 2006.

   b. Plaintiff shall serve his expert's report by no later than July 1, 2006.

   c. Defendant shall serve its rebuttal expert report by no later than August 1, 2006.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 612-664-5490)

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served, filed and heard by September 15, 2006.

2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

Trial

This case shall be ready for trial (BENCH) on October 2, 2006. Anticipated length of trial is 5 days.

Counsel shall submit proposed findings of fact, conclusions of law and order for judgment by no later than 30 days after the conclusion of the trial.

Dated: April 24, 2006.

WILLIAM L. LUCAS, P.A.

By: /s/ William L. Lucas

William L. Lucas (64816)
7456 Cahill Road
Edina, MN 55439-2728
Telephone: (952) 944-8267
Fax: (952) 946-1138

ATTORNEY FOR THE PLAINTIFF

Dated: April 24, 2006.

VIDAS, ARRETT & STEINKRAUS, P.A.

By: /s/ Richard A. Arrett

Richard A. Arrett (186570)
6109 Blue Circle Drive
Suite 2000
Minnetonka, MN 55345
Voice: (952) 563-3000i
Fax: (952) 563-3001

ATTORNEY FOR THE DEFENDANT