UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Walter Schinzing,

Plaintiff,

v.

Mid-State Stainless, Inc.,

Defendant.

Civil Number 00-2686 SRN

**AMENDED**
**PRETRIAL SCHEDULING ORDER**

---

Pursuant to the stipulation of the parties [Doc. No. 111], Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy and inexpensive determination of this action, the Amended Pretrial Scheduling Order dated March 28, 2006, is further amended so as to provide that the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by September 1, 2006. Discovery shall by limited to matters relevant to the subject matter of the issues remaining to be disposed of by trial or motion.

2. Disclosure of the identity of additional expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B) shall be made as follows:

    a. Plaintiff shall identify his expert by no later than June 1, 2006.

    b. Plaintiff shall serve his expert's report by no later than July 1, 2006.

c. Defendant shall serve its rebuttal expert report by no later than August 1, 2006.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 612-664-5490)

1. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served, filed and heard by September 15, 2006.

2. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

Trial

This case shall be ready for trial (BENCH) on October 2, 2006. Anticipated length of trial is 5 days.

Counsel shall submit proposed findings of fact, conclusions of law and order for judgment by no later than 30 days after the conclusion of the trial.

Dated: April 25, 2006

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge