UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Number 00-2686 MJD/SRN

---

Walter Schinzing,

Plaintiff,

v.

Mid-State Stainless, Inc.,

Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE AND FILE AN AMENDED COMPLAINT**

---

Plaintiff Walter Schinzing moves the court for an order granting leave to serve and file the Amended Complaint attached hereto and identified as "Exhibit 1."

WILLIAM L. LUCAS, P.A

Dated: September 1, 2006.

By S/ William L. Lucas

William L. Lucas
Attorney Registration # 64816
7456 Cahill Road
Edina, MN 55439-2728
Telephone (952) 944-8267
Fax: (952) 946-1138

ATTORNEY FOR THE PLAINTIFF

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Number 00-2686 MJD/SRN

---

Walter Schinzing,

Plaintiff,

vs. **AMENDED COMPLAINT**

Mid-States Stainless, Inc., a
Wisconsin corporation,

Defendant.

---

1. Plaintiff is a citizen of the State of Minnesota and defendant is a corporation incorporated under the laws of the State of Wisconsin having its principal place of business in the State of Wisconsin. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

2. On or about April 29, 1993, plaintiff and defendant entered into an agreement in writing, a copy of which is attached to the original complaint in this action and identified as Exhibit A.

3. On or about May 5, 1993, plaintiff and defendant entered into an agreement in writing, a copy of which is attached to the original complaint in this action and identified as Exhibit B.

4. Defendant has breached and continues to breach said agreements by failing to account and pay plaintiff royalties for all of its sales of wheelchair washing machines



EXHIBIT 1

and by building wheelchair washing machines and having wheelchair washing machines built without plaintiff's written permission.

5. Defendant's continuing to build and have wheelchair washing machines built and selling wheelchair washing machines without plaintiff's written permission infringes plaintiff's patent for wheelchair washing machines.

6. Defendant's continuing to build and have wheelchair washing machines built and selling wheelchair washing machines without plaintiff's written permission is a breach of the noncompete covenant set forth in Article XI of the written agreement attached to the original complaint in this action and identified as "Exhibit A."

7. As a result of defendants breach of said agreements and infringement of plaintiff's patent plaintiff has suffered and continues to suffer loss of royalty income and other economic losses in an amount which exceeds $90,000.00.

WHEREFORE, plaintiff demands judgment against defendant:

1. For the amount of his actual damages, including interest thereon,

2. Enjoining defendant from continuing to build and have wheelchair washing machines built without plaintiff's permission,

3. For his costs and disbursements herein, including reasonable attorney's fees, and

4. For such other and further relief as to the court seems just and equitable.

WILLIAM L. LUCAS, P.A.

Dated: September 1, 2006.

By ___________________________________

William L. Lucas
Attorney Registration #64816
7456 Cahill Road
Edina, MN 55439-2728

Telephone: (952) 944-8267

ATTORNEY FOR THE PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Richard A. Arrett, attorney for the defendant.

S/ William L. Lucas
Attorney Registration Number 64816
Attorney for the Plaintiff
William L. Lucas, P.A.
7456 Cahill Road
Edina, MN 55439-2728
Telephone: (952) 944-8267
Fax: (952) 946-1138
e-mail address: wclucas@msn.com