UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil Number 00-2686 MJD/SRN

---

Walter Schinzing,

Plaintiff,

v.

Mid-State Stainless, Inc.,

Defendant.

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO SERVE AND FILE AN AMENDED COMPLAINT**

---

TO: Defendant Mid-State Stainless, Inc. and its attorneys Vidas, Arrett & Steinkraus and Richard A. Arrett, Suite 2000, 6109 Blue Circle Drive, Minnetonka, Minnesota 55343-9185

PLEASE TAKE NOTICE that on the 15th day of September, 2006, at 1:30 p.m., in Courtroom 8E, in the U.S. Courthouse, at 300 South Fourth Street, in the City of Minneapolis, Minnesota, the undersigned attorney for the plaintiff will move the court for an order granting leave to serve and file the Amended Complaint attached to the motion.

WILLIAM L. LUCAS, P.A

Dated: September 1, 2006. By S/ William L. Lucas

William L. Lucas
Attorney Registration # 64816
7456 Cahill Road
Edina, MN 55439-2728
Telephone (952) 944-8267
Fax: (952) 946-1138

ATTORNEY FOR THE PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Richard A. Arrett, attorney for the defendant.

S/ William L. Lucas
Attorney Registration Number 64816
Attorney for the Plaintiff
William L. Lucas, P.A.
7456 Cahill Road
Edina, MN 55439-2728
Telephone: (952) 944-8267
Fax: (952) 946-1138
e-mail address: wclucas@msn.com