# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Walter W. Schinzing,

Plaintiff,

v.

Mid-States Stainless,

Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-00-2686 SRN |
| Date: | September 15, 2006 |
| Court Reporter: | n/a |
| Tape Number: | 8E Courtroom, Tape 7 |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 1:50 p.m. |
| Time in Court: | 20 Minutes |

APPEARANCES:

For Plaintiff: William L. Lucas
For Defendant: Richard A. Arrett

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

## Pl's Motion For Leave to Serve and File an Amended Complaint [Doc. No. 113].

Motions taken under advisement as of: September 15, 2006.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ MJC
Signature of Marilyn Conklin