**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Walter W. Schinzing,** **Civil No. 00-2686 SRN**

**Plaintiff,**

**v.** **NOTICE OF TRIAL**

**Mid-States Stainless, Inc.,**

**Defendant.**

TO: Plaintiff above named and to William L. Lucas, Esq., William L. Lucas, P.A., 7456 Cahill Road, Edina, MN 55439-2728, attorneys for Plaintiff;

Defendant above named and to Edwin E. Voigt, II, Esq., and Richard A. Arrett, Esq., Vidas, Arrett & Steinkraus, 6109 Blue Circle Drive, Suite 2000, Minnetonka, MN 55343-9185, attorneys for Defendant.

Date and Location of Trial

Trial will commence before the undersigned on February 7, 2007, at 9:30 a.m., and is scheduled to proceed for 3 days, if necessary, through February 9, 2007, in courtroom 8E of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. A final pretrial conference and hearing on any motions in limine will be held on February 5, 2007, 1:30 p.m. in Courtroom 8E.

Documents to be Submitted for Trial

Unless otherwise ordered, counsel shall deliver two copies of the following documents marked to the attention of the Court's chambers and be delivered to Suite 9E, U.S. Courthouse as follows**:**

1. Documents Required for Trial:

| Document | | E-file | E-mail* | No Later Than |
|---|---|---|---|---|
| A. | **Statement of the Case.** A statement of the case indicating the facts which the party intends to prove and indicating any unresolved substantive, evidentiary and procedural issues. The statement shall include the citation and discussion of authority upon which the party relies for its positions on the unresolved issues. | ✓ | ✓ | 1-24-07 |

| Document | E-file | E-mail* | No Later Than |
| --- | --- | --- | --- |
| B. **Exhibit List.** If exhibits are to be offered at trial, the following procedure must be followed:<br>(i) Mark all exhibits for identification. All exhibits shall be marked, as much as possible, in the sequence they will be offered, with Arabic numbers. Each exhibit should also be marked with the case number.<br>Example: Pltf. or Deft. #1<br>Civ. 04-397<br>(Multiple parties list name, *e.g.*, Pltf. Smith #1)<br>(ii) Counsel shall make available for examination and, if requested, copying by all counsel, all exhibits which will be offered into evidence at trial. Only exhibits so made available shall be offered into evidence at trial, except for good cause shown. | | | 1-24-07 |

| Document | | E-file | E-mail* | No Later Than |
|---|---|---|---|---|
| (iii) | Submit a list of exhibits that will be presented at trial on behalf of their client(s). The list shall indicate the exhibits the parties agree are admissible. For the exhibits not so agreed upon, the list shall include the grounds for objection. Only exhibits so listed shall be offered into evidence at trial, except for good cause shown. | ✓ | ✓ | 1-24-07 |
| C. | **Witness List.** The list shall include the names and addresses of the witnesses, along with a short statement of the substance of the expected testimony of each witness. Only witnesses so listed shall be permitted to testify except for good cause shown. | ✓ | ✓ | 1-24-07 |

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| D. **List of Deposition Testimony.**<br>(i) List of deposition testimony to be offered into evidence in lieu of live testimony. The list shall designate those specific parts of depositions to be offered at trial. Only depositions so listed shall be offered into evidence at trial except for good cause shown. | ✓ | ✓ | 1-24-07 |
| (ii) Any party who wishes to object to listed deposition testimony shall submit objections. | ✓ | ✓ | 1-31-07 |
| E. **Motions in limine.**<br>(i) All motions must be filed as outlined in Local Rule 5.1. If a motion has tabbed attachments, please mail or deliver to Suite 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, one copy marked to the attention of the Beverly Riches, Calendar Clerk.. | ✓ | ✓ | 1-24-07 |

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| (ii) All responses to motions in limine must be filed as outlined in Local Rule 5.1. If a response has tabbed attachments, please mail or deliver to Suite 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, one copy marked to the attention of the Beverly Riches, Calendar Clerk.. | ✓ | ✓ | 1-31-07 |

2. Additional Documents for Non-Jury Trials.

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| **Proposed Findings of Fact and Conclusions of Law.** In all non-jury trials, counsel shall submit proposed findings of fact and conclusions of law in addition to the documents listed in section 1, above. | ✓ | ✓ | 1-24-07 |

3. Counsel for all parties are strongly encouraged to meet prior to trial to:

   A. Stipulate to all uncontested facts and matters not in controversy.

   B. Stipulate to which exhibits may be received without objection prior to trial.

   C. Discuss settlement.

Failure to Comply

The failure of any party to comply with the procedures outlined herein shall result in the imposition of an appropriate sanction.

Questions regarding the calendar may be directed to Beverly Riches, Calendar Clerk to Magistrate Judge Nelson, Suite 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis,

Minnesota, 55415, (612) 664-5490.

Dated: November 21, 2006

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

* E-mail to nelson_chambers@mnd.uscourts.gov in WordPerfect 9.0 format.