# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Walter W. Schinzing,
Plaintiff,
v.

Mid-States Stainless,
Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-00-2686 SRN |
| Date: | January 22, 2007 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 3:20 p.m. |
| Time in Court: | 4 Hours & 50 Minutes |

APPEARANCES:

For Plaintiff: William L. Lucas
For Defendant: Richard A. Arrett

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

**Final Settlement Conference held. Case did not settle.**

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Beverly Riches
Signature of Judicial Assistant