UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Walter Schinzing, Plaintiff, v. Mid-State Stainless, Inc., Defendant. | Civil Action No. 00-2686 MJD/SRN |

**Stipulated Dismissal**

The parties have settled the above entitled action, and through their attorneys hereby jointly petition the Court to:

(a) Enter a declaratory judgment that none of Defendant's wheelchair washing products infringe US Patent No. 5133375 because of Schinzing's failure to plead infringement as a compulsory counterclaim.

(b) Dismiss the breach of contract count related to both the license agreement and the disclosure document with prejudice, and without costs or disbursements to either party.

(c) Dismiss the counterclaims of fraudulent inducement and common law deceit with prejudice, and without costs or disbursements to either party.

(d) Dismiss the counterclaim of invalidity of US Patent No. 5133375 without prejudice.

The parties expressly stipulate and request that the Federal District Court for the District of Minnesota retain jurisdiction over this matter for enforcement of the settlement between the parties herein, following the dismissal of this action.

**Exhibit 1**

Mid-State Stainless, Inc.

By its attorneys,

VIDAS, ARRETT & STEINKRAUS, P.A.

By ______________________
Richard A. Arrett, Esq.
Suite 2000
6109 Blue Circle Drive
Minnetonka, MN 55343

Dated: 2/19/07

Walter Schinzing

By his attorneys,

WILLIAM L. LUCAS, P.A.

By ______________________
William L. Lucas, Esq.
7456 Cahill Road
Edina, MN 55439

Dated: 2/19/07

Based upon the foregoing Stipulation of Dismissal with Prejudice, it is hereby ordered that the claims of the case are dismissed as set forth above.

IT IS SO ORDERED

Dated: ______________________

______________________
United States Magistrate Judge

**Exhibit 1**