**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

**Civil Number 00-2686 SRN**

---

Walter Schinzing,

Plaintiff,

vs. **ORDER**

Mid-State Stainless, Inc.,

Defendant.

---

**ORDER**

Pursuant to the parties' Stipulation of Dismissal [Doc. No. 124], it is hereby ordered that the claims of the case are dismissed as set forth in the Stipulation of Dismissal.

Dated: February 20, 2007 By: s/ Susan Richard Nelson
Susan Richard Nelson
U.S. Magistrate Judge