✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Walter W. Schinzing,

V.

Mid-States Stainless, Inc.,

## JUDGMENT IN A CIVIL CASE

Case Number: 00cv2686 SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The claims of the case are dismissed as set forth in the Stipulation of Dismissal.

February 20, 2007
Date

RICHARD D. SLETTEN, CLERK

s/JoAnn Hoadley
(By) JoAnn Hoadley, Deputy Clerk